United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Quintero, | NO. C 08-05388 JW |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(b) WITH PREJUDICE** |
| v. | |
| NDEX West, LLC., et al., | |
| Defendants. | |

On December 1, 2008, Plaintiff filed this action. (See Docket Item No. 1.) On March 6, 2009, the Court issued an Order dismissing all of Plaintiff's claims with leave to amend. (See Docket Item No. 19.) The Court ordered Plaintiff to file an Amended Complaint no later than March 16, 2009. The Court warned that failure to file an Amended Complaint within the time permitted would be deemed sufficient grounds for dismissal with prejudice under Fed. R. Civ. P. 41(b). To date, Plaintiff has not filed an Amended Complaint.

Accordingly, Plaintiff's action is DISMISSED with prejudice for lack of prosecution.

Dated: April 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brad Michael Simon brad@rouplaw.com
Ronald David Roup ron@rouplaw.com

Homan Mobasser
M.W. Roth, PLC
13245 Riverside Drive
Suite 320
Sherman Oaks , CA 91423

**Dated:  April 7, 2009**                              **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers              **
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**