IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Quintero, | NO. C 08-05388 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| NDEX West, LLC, et al., | |
|       Defendants. | |

Pursuant to the Court's April 7, 2009 Order of Dismissal Pursuant to Fed. R. Civ. P. 41(b) With Prejudice, judgment is entered in favor of Defendants NDEX West, LLC and Litton Loan Servicing, against Plaintiff Jose Quintero.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: April 7, 2009

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brad Michael Simon brad@rouplaw.com
Ronald David Roup ron@rouplaw.com

Homan Mobasser
M.W. Roth, PLC
13245 Riverside Drive
Suite 320
Sherman Oaks, CA 91423

**Dated:  April 7, 2009**               **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers            **
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**